UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ARTURO AMAYA MERINO,<br>Plaintiff,<br>v.<br>PARTNERSHIP HEALTH PLAN OF CALIFORNIA, et al.,<br>Defendants. | Case No. 2:26-cv-01834-DAD-CSK (PS)<br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER, AND DISMISSING PLAINTIFF'S COMPLAINT WITH LEAVE TO AMEND</u><br>(Doc. Nos. 22, 26) |

Plaintiff initiated this civil action by filing a complaint on May 14, 2026, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On June 29, 2026, plaintiff filed a second motion for a temporary restraining order (Doc. No. 22), after his first such motion was denied. (Doc. No. 21.) On August 13, 2026, the assigned magistrate judge screened plaintiff's complaint and determined it to be deficient because it failed to state any cognizable claim for relief under federal law and, if that remained the case, the court should decline to exercise supplemental jurisdiction over plaintiff's state law claims. (Doc. No. 26 at 4–9.) In light of plaintiff's *pro se* status and because it was conceivable that plaintiff could allege additional facts to state cognizable claims under § 1983 and the ADA, the magistrate judge

found that dismissal with leave to amend in part was appropriate. (*Id.* at 9.) Finally, the magistrate judge concluded that if plaintiff's complaint was dismissed with leave to amend there would be no operative complaint pending before the court and that plaintiff's motion for a temporary restraining order should therefore be denied. (*Id.* at 10–11.) Accordingly, in the August 13, 2026 findings and recommendations the magistrate judge recommended that plaintiff's motion for a temporary restraining order be denied, that plaintiff's complaint be dismissed with leave to amend in part, and that plaintiff be provided thirty (30) days from the date of this order to file an amended complaint if he wished to pursue this action. (*Id.* at 11–12.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 2.) Plaintiff has not filed any objections, or otherwise communicated with the court, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis

Accordingly:

1. The findings and recommendations issued August 13, 2026 (Doc. No. 26), are ADOPTED IN FULL;
2. Plaintiff's complaint (Doc. No. 1) is DISMISSED with leave to amend as follows:
    a. Plaintiff's claims under 42 U.S.C. § 1983 are dismissed with leave to amend as to all defendants;
    b. Plaintiff's claims under Title II of the ADA are dismissed with leave to amend as to defendants Partnership Health Plan of California and Placer County Adult System of Care, and dismissed without leave to amend as to defendants Matthew Morris and Amy Ellis;
    c. Plaintiff's claims under FEHA and the Unruh Act are dismissed with leave to amend;

/////

3. Plaintiff has 30 days from the filed date of this order to file an amended complaint that complies with the instructions provided. If Plaintiff fails to timely comply with this order, this action will be dismissed; and
4. Plaintiff's motion for a temporary restraining order (Doc. No. 22) is DENIED.

IT IS SO ORDERED.

Dated: **October 22, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE